IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.  4:26cr19/MW

CHANDLER BRITTAIN SMITH
_____/

## STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the Defendant's guilty plea.  The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.  Defendant admits that, if this case were to proceed to trial, the Government could prove the following facts, which if believed by the jury, would result in a conviction:

Between November 9-10, 2025, Tallahassee Police Department ("TPD") Special Victims Unit detectives, along with a Special Agent ("SA") with the Florida Department of Law Enforcement ("FDLE"), participated in an undercover operation in Leon County focused on identifying individuals using the Internet to sexually exploit children. During the course of this operation, the FDLE SA acted in an undercover capacity and used the persona of "Bri," a 15-year-old girl (hereinafter referred to as "UC" and "she"). The UC set up an undercover profile for "Bri" on an online social media platform called "Hush".

FILED IN OPEN COURT THIS

May 13, 2026 [signature]

1

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

On November 9, 2025, the UC was contacted by someone who was later determined to be Chander B. Smith, after they connected with each other on Hush. Shortly thereafter, Smith gave the UC his cell phone number, (850) 408-2170, and they began communicating through traditional text messaging. The following are some of the text messages between Smith and the UC:

| Date | Time (EST) | Direction | Content |
|---|---|---|---|
| 2025/11/09 | 08:10:09 PM | Outgoing | hiiii from hush :) |
| 2025/11/09 | 08:10:30 PM | Incoming | Hey :) what's your name? I'm Chandler |
| 2025/11/09 | 08:10:44 PM | Outgoing | Bri :) |
| 2025/11/09 | 08:13:15 PM | Incoming | Nice to meet you Bri. What're you up to rn? |
| 2025/11/09 | 08:14:30 PM | Outgoing | jc... getting ready for skool 2mrw |
| 2025/11/09 | 08:14:32 PM | Outgoing | wbu |
| 2025/11/09 | 08:15:26 PM | Incoming | Jc? And I'm about to head home. Was hoping you were free to hang |
| 2025/11/09 | 08:15:46 PM | Outgoing | lmfao it means jus chillin |
| 2025/11/09 | 08:15:56 PM | Outgoing | where ya stay at? |
| 2025/11/09 | 08:16:02 PM | Outgoing | well i guess first how old r u |
| 2025/11/09 | 08:16:25 PM | Incoming | Oh? I am chillin 😎? And off Bradfordville Rd. And 27 u? |
| 2025/11/09 | 08:16:42 PM | Outgoing | lmfao thts good |
| 2025/11/09 | 08:16:53 PM | Outgoing | im younger.. i hope thts okay |
| 2025/11/09 | 08:17:06 PM | Incoming | Yeah, younger is cool |
| 2025/11/09 | 08:17:28 PM | Incoming | What're you into? And where do u stay? |
| 2025/11/09 | 08:19:07 PM | Outgoing | turning 16 in a few months, tht cool with you? |
| 2025/11/09 | 08:19:50 PM | Incoming | Oh wow. Your profile said 18-20. What're you into? |
| 2025/11/09 | 08:19:57 PM | Incoming | And so u have a pic? |
| 2025/11/09 | 08:20:30 PM | Outgoing | yeah.. u have to do tht to turn pics on in the app lol |
| 2025/11/09 | 08:20:33 PM | Outgoing | sorry :( |
| 2025/11/09 | 08:20:46 PM | Incoming | Ohhh I get u |
| 2025/11/09 | 08:20:52 PM | Incoming | It's cool |
| 2025/11/09 | 08:21:12 PM | Outgoing | good :) i thot ud be mad at me lol |
| 2025/11/09 | 08:21:26 PM | Incoming | Nah I'm not mad lol |
| 2025/11/09 | 08:21:32 PM | Incoming | Pic? |
| 2025/11/09 | 08:22:05 PM | Outgoing | lemme c u first |
| 2025/11/09 | 08:24:01 PM | Incoming | Alr. Gotta get parked first lol |
| 2025/11/09 | 08:24:15 PM | Outgoing | lol alright |
| 2025/11/09 | 08:24:18 PM | Incoming | What school?? |
| 2025/11/09 | 08:24:47 PM | Outgoing | florida high |

| 2025/11/09 | 08:25:31 PM | Incoming | Oh cool |
|---|---|---|---|
| 2025/11/09 | 08:26:02 PM | Incoming | No you |
| 2025/11/09 | 08:26:02 PM | Incoming | *Photo of Chandler Smith* |
| 2025/11/09 | 08:28:59 PM | Outgoing | oh ur cute :) |
| 2025/11/09 | 08:29:09 PM | Incoming | Thanks 😄 |
| 2025/11/09 | 08:30:05 PM | Incoming | Now where's your pic 😆? |
| 2025/11/09 | 08:31:41 PM | Outgoing | *Photo of UC* |
| 2025/11/09 | 08:32:12 PM | Incoming | Why cover half your face? You're quite adorable |
| 2025/11/09 | 08:32:25 PM | Outgoing | lol its a girl thing |
| 2025/11/09 | 08:32:28 PM | Outgoing | but ty :) |
| 2025/11/09 | 08:33:44 PM | Incoming | Ofc [of course]<br>So, what're you into? |
| 2025/11/09 | 08:34:05 PM | Outgoing | usually playing on my phone |
| 2025/11/09 | 08:34:10 PM | Outgoing | hanging wit my friends |
| 2025/11/09 | 08:34:14 PM | Outgoing | avoiding my dad lol |
| 2025/11/09 | 08:34:36 PM | Incoming | Haha fair, but I mean, when we hang out, what do you wanna do? |
| 2025/11/09 | 08:35:49 PM | Outgoing | oh lol i rly dnt care up to u |
| 2025/11/09 | 08:35:52 PM | Outgoing | so u tell me :) |
| 2025/11/09 | 08:36:14 PM | Incoming | I'm not too picky 😜 I aim to please... |
| 2025/11/09 | 08:36:29 PM | Outgoing | nd how would u do tht |
| 2025/11/09 | 08:36:45 PM | Incoming | That's why I asked what you're into. You tell me ;)? |
| 2025/11/09 | 08:37:51 PM | Outgoing | i lik 2 be told sooooo :) |
| 2025/11/09 | 08:38:15 PM | Incoming | That's fair. I guess you'll just have to find out then...<br>What're your big turn ons? |
| 2025/11/09 | 08:38:33 PM | Outgoing | someone who knowns wat they want lolol |
| 2025/11/09 | 08:38:50 PM | Incoming | That's fair. I certainly do, I just have to be careful, you know? |
| 2025/11/09 | 08:39:35 PM | Outgoing | y??? |
| 2025/11/09 | 08:41:39 PM | Incoming | Bc of your age? |
| 2025/11/09 | 08:42:04 PM | Incoming | And, I have no clue what your situation is with your parents. Like will you be able to stay over and whatnot? |
| 2025/11/09 | 08:42:06 PM | Incoming | Bc I'm free rn [right now]... |
| 2025/11/09 | 08:42:40 PM | Outgoing | lol u dont have 2 worry.. both of my parents wuld kill me if they found out |
| 2025/11/09 | 08:42:58 PM | Incoming | Oh no... That's not good 😄 |
| 2025/11/09 | 08:43:09 PM | Outgoing | so ur secret is safe with me lol |
| 2025/11/09 | 08:43:19 PM | Incoming | Touche lol |
| 2025/11/09 | 08:43:21 PM | Outgoing | i mean i stay with my dad most of the time anyway so |
| 2025/11/09 | 08:43:28 PM | Outgoing | good :) |
| 2025/11/09 | 08:43:37 PM | Incoming | Oh ok. Where @? |
| 2025/11/09 | 08:45:11 PM | Outgoing | im near the interstate |
| 2025/11/09 | 08:45:14 PM | Outgoing | by the car museum |

| 2025/11/09 | 08:45:47 PM | Incoming | Oh<br>Oh okay, so you're on the East side of town |
|---|---|---|---|
| 2025/11/09 | 08:46:11 PM | Outgoing | yah |
| 2025/11/09 | 08:46:14 PM | Outgoing | close 2 u or nah? |
| 2025/11/09 | 08:47:27 PM | Incoming | Send addy? It depends where exactly |
| 2025/11/09 | 08:47:46 PM | Outgoing | u dont get tht so soon mr |
| 2025/11/09 | 08:47:51 PM | Incoming | But like 20 mins away |
| 2025/11/09 | 08:47:53 PM | Outgoing | u cant come here anyway bc of my dad |
| 2025/11/09 | 08:47:55 PM | Outgoing | duh lol |
| 2025/11/09 | 08:47:59 PM | Outgoing | u trying to get me in trouble |
| 2025/11/09 | 08:48:39 PM | Incoming | Well yeah, but you could come here? |
| 2025/11/09 | 08:49:08 PM | Outgoing | u would have 2 get me |
| 2025/11/09 | 08:49:15 PM | Outgoing | bc ya know... cant drive yet lol |
| 2025/11/09 | 08:49:47 PM | Incoming | Yeah I get you. How feasible is that? |
| 2025/11/09 | 08:50:00 PM | Incoming | And what about in the AM? What's y'all's usual schedule? |
| 2025/11/09 | 08:51:02 PM | Outgoing | dad leaves around 9ish for work |
| 2025/11/09 | 08:51:09 PM | Outgoing | i usually go to school but i can skip |
| 2025/11/09 | 08:52:44 PM | Incoming | What time is your school usually at? |
| 2025/11/09 | 08:52:59 PM | Incoming | I have an appointment tomorrow afternoon :/ but am free from now til then |
| 2025/11/09 | 08:53:06 PM | Outgoing | like 730 lol |
| 2025/11/09 | 08:53:34 PM | Incoming | Fair enough. I'm just confused how I could possibly get you rn w/o it being an issue |
| 2025/11/09 | 08:53:45 PM | Outgoing | i get out at lik 230 |
| 2025/11/09 | 08:53:51 PM | Outgoing | i dnt think tn will work |
| 2025/11/09 | 08:53:59 PM | Outgoing | plus u hvnt saif wat were doing lol |
| 2025/11/09 | 08:54:15 PM | Outgoing | said lol |
| 2025/11/09 | 08:54:31 PM | Incoming | Oh okay. And dang, fair enough. I figured we could just come back to my place and watch some YouTube/Movies, and go from there. |
| 2025/11/09 | 08:54:39 PM | Incoming | Do u smoke or anything? |
| 2025/11/09 | 08:55:21 PM | Outgoing | yeah lol is tht okay? |
| 2025/11/09 | 08:55:30 PM | Incoming | Yeah that's cool |
| 2025/11/09 | 08:55:38 PM | Outgoing | sweet |
| 2025/11/09 | 08:55:47 PM | Incoming | Lemme see another pic of you ;)? |
| 2025/11/09 | 08:55:55 PM | Outgoing | u live alone? |
| 2025/11/09 | 08:56:13 PM | Incoming | And so what're you thinking? Tomorrow after 9 AM or? And nah I have one roommate, but he stays to himself for the most part, he lives upstairs |
| 2025/11/09 | 08:56:37 PM | Outgoing | yeah we can figure smthin out when my dad leaves? |
| 2025/11/09 | 08:56:58 PM | Incoming | Fair enough |
| 2025/11/09 | 08:56:58 PM | Outgoing | but i am gonna need 2 know wat u wanna do so i can prep ya know |

| 2025/11/09 | 08:57:15 PM | Outgoing | dsnt have 2 be now but jus lemme know before u come get me |
| 2025/11/09 | 08:57:35 PM | Incoming | Wdym [what do you mean]? Just be prepared for anything 😜 |
| 2025/11/09 | 08:57:49 PM | Incoming | What're you worried about being unprepared for? |
| 2025/11/09 | 08:57:54 PM | Outgoing | boy ur crazy |
| 2025/11/09 | 08:58:07 PM | Incoming | I'll warn you now, it is going to be a lot to take ... |
| 2025/11/09 | 08:58:15 PM | Incoming | What size are you hoping for .. be honest? |
| 2025/11/09 | 08:58:24 PM | Incoming | Id love to know 😈 |
| 2025/11/09 | 08:59:01 PM | Outgoing | wdym 😳 |
| 2025/11/09 | 08:59:28 PM | Incoming | Like, how big are you going for? |
| 2025/11/09 | 09:01:22 PM | Outgoing | wat if i say something bigger lol |
| 2025/11/09 | 09:01:24 PM | Outgoing | then ill feel bad |
| 2025/11/09 | 09:01:33 PM | Incoming | That's okay lol |
| 2025/11/09 | 09:01:36 PM | Incoming | Just be honest |
| 2025/11/09 | 09:02:17 PM | Outgoing | ummm |
| 2025/11/09 | 09:02:20 PM | Outgoing | 6 is fine lol |
| 2025/11/09 | 09:02:35 PM | Incoming | Want to see what it really is? |
| 2025/11/09 | 09:03:07 PM | Outgoing | y not :) lol |
| 2025/11/09 | 09:03:31 PM | Incoming | *Photo of Chandler Smith's erect penis* |
| 2025/11/09 | 09:03:41 PM | Incoming | Id love to see more of you |
| 2025/11/09 | 09:04:07 PM | Outgoing | i dnt really send pics like tht.. i had a friend who got leaked so |
| 2025/11/09 | 09:04:19 PM | Outgoing | but wow tht is big!!! |
| 2025/11/09 | 09:04:34 PM | Incoming | Come on angel. Just something to tease me? |
| 2025/11/09 | 09:05:23 PM | Incoming | You want to feel it in your throat tomorrow? |
| 2025/11/09 | 09:07:25 PM | Outgoing | i think so :) |
| 2025/11/09 | 09:07:30 PM | Outgoing | would u want to?? |
| 2025/11/09 | 09:07:41 PM | Incoming | Good. And of course |
| 2025/11/09 | 09:08:08 PM | Incoming | I'm into a lot ... Definitely more than you could handle right away haha |
| 2025/11/09 | 09:08:09 PM | Outgoing | okkk :) |
| 2025/11/09 | 09:08:22 PM | Outgoing | im not super experienced so dnt judge me |
| 2025/11/09 | 09:08:23 PM | Incoming | Show me a better face pic 🫣 |
| 2025/11/09 | 09:08:39 PM | Incoming | How many people have you been with? |
| 2025/11/09 | 09:09:38 PM | Outgoing | umm |
| 2025/11/09 | 09:09:43 PM | Outgoing | u rnt gonna judge right |
| 2025/11/09 | 09:09:53 PM | Incoming | No, I won't |
| 2025/11/09 | 09:10:11 PM | Outgoing | 2 lol |
| 2025/11/09 | 09:10:18 PM | Outgoing | not even all the way wit 1 of them too lol |
| 2025/11/09 | 09:10:27 PM | Incoming | Oh okay. How big were they? |
| 2025/11/09 | 09:11:09 PM | Outgoing | not lik that lmfao |
| 2025/11/09 | 09:11:25 PM | Incoming | Oh no? Wdym? |
| 2025/11/09 | 09:11:40 PM | Outgoing | pretty small lol |
| 2025/11/09 | 09:11:52 PM | Incoming | Haha fair enough |

| 2025/11/09 | 09:12:08 PM | Outgoing | u got em beat dont worry |
| 2025/11/09 | 09:12:10 PM | Incoming | It'll definitely be a little painful to start , but I'll be gentle to get you ready |
| 2025/11/09 | 09:12:30 PM | Outgoing | oh yeah? |
| 2025/11/09 | 09:12:45 PM | Incoming | Of course |
| 2025/11/09 | 09:12:50 PM | Incoming | How obedient are you? |
| 2025/11/09 | 09:13:10 PM | Outgoing | wat would u prefer |
| 2025/11/09 | 09:13:22 PM | Incoming | Wdym? |
| 2025/11/09 | 09:13:54 PM | Outgoing | do u want me to be obedient? |
| 2025/11/09 | 09:14:03 PM | Incoming | Yes |
| 2025/11/09 | 09:14:12 PM | Outgoing | then i will be :) |
| 2025/11/09 | 09:14:20 PM | Incoming | Good girl |
| 2025/11/09 | 09:14:34 PM | Outgoing | do u want me 2 call u something? |
| 2025/11/09 | 09:14:50 PM | Incoming | What if I told you to do something like eat my ass though? How would you react to that? And what do you want to call me? |
| 2025/11/09 | 09:15:07 PM | Outgoing | i mean ive nvr done it so i guess lol |
| 2025/11/09 | 09:15:10 PM | Outgoing | its up to u |
| 2025/11/09 | 09:15:23 PM | Incoming | Such a good little girl |
| 2025/11/09 | 09:15:37 PM | Outgoing | ty |
| 2025/11/09 | 09:15:39 PM | Outgoing | :) |
| 2025/11/09 | 09:15:49 PM | Incoming | Of course |
| 2025/11/09 | 09:17:30 PM | Outgoing | u ever been wit someone like me b4? |
| 2025/11/09 | 09:18:35 PM | Incoming | When I was 20 yeah |
| 2025/11/09 | 09:18:40 PM | Incoming | My ex |
| 2025/11/09 | 09:21:56 PM | Outgoing | how old was she |
| 2025/11/09 | 09:21:59 PM | Outgoing | if u dnt mind me asking |
| 2025/11/09 | 09:22:24 PM | Incoming | She turned 16 right after we met |
| 2025/11/09 | 09:23:40 PM | Outgoing | ahhh okay :) thts cool |
| 2025/11/09 | 09:23:54 PM | Incoming | Yeah hby?? |
| 2025/11/09 | 09:25:18 PM | Outgoing | not rly lol do u not remeber when i said i was new 2 this lol |
| 2025/11/09 | 09:25:53 PM | Incoming | I know. But you said you'd done stuff with at least one guy. Didn't know how old he was? |
| 2025/11/09 | 09:26:45 PM | Outgoing | oh yah no he was my age |
| 2025/11/09 | 09:26:54 PM | Incoming | Oh ok |
| 2025/11/09 | 09:27:03 PM | Outgoing | is tht ok |
| 2025/11/09 | 09:27:04 PM | Incoming | What has you interested in me? |
| 2025/11/09 | 09:27:22 PM | Outgoing | u just seem rly cool lol |
| 2025/11/09 | 09:27:26 PM | Outgoing | i know thts lame |
| 2025/11/09 | 09:27:42 PM | Incoming | Yeah that's fine. And fair enough lol, I appreciate that. |
| 2025/11/09 | 09:27:54 PM | Outgoing | Wbu [what about you]?? |
| 2025/11/09 | 09:27:55 PM | Outgoing | for me |
| 2025/11/09 | 09:28:26 PM | Incoming | You're cute, conversational, and seem like you're down for a good time. |

| 2025/11/09 | 09:28:38 PM | Incoming | Also, the age gap is certainly a turn on 😁 😼 |
|---|---|---|---|
| 2025/11/09 | 09:29:14 PM | Outgoing | o yeah??? |
| 2025/11/09 | 09:29:29 PM | Incoming | Yeah absolutely 😁 |
| 2025/11/09 | 09:29:41 PM | Incoming | Especially if you're looking for something serious |
| 2025/11/09 | 09:29:52 PM | Outgoing | y is that?? |
| 2025/11/09 | 09:29:56 PM | Outgoing | i lik to think i am lol |
| 2025/11/09 | 09:30:44 PM | Incoming | Just the dynamic, you know? |
| 2025/11/09 | 09:30:48 PM | Incoming | Teaching you, etc |
| 2025/11/09 | 09:31:04 PM | Outgoing | teaching me whatttt |
| 2025/11/09 | 09:31:21 PM | Incoming | I've definitely had a DDLG dynamic in 2 of my more serious relationships 😼 and literally anything lol |
| 2025/11/09 | 09:31:33 PM | Incoming | You'd be surprised 😁 |
| 2025/11/09 | 09:31:37 PM | Outgoing | ddlg? |
| 2025/11/09 | 09:31:50 PM | Incoming | And I legit mean anything. Not just the corrupting stuff 😁 😂 |
| 2025/11/09 | 09:32:15 PM | Incoming | Daddy-Doml/Little Girl |
| 2025/11/09 | 09:33:12 PM | Outgoing | oooo can u explain tht ?? |
| 2025/11/09 | 09:34:10 PM | Incoming | In person, surely 😊 theres a lot to it. But it's pretty self explanatory at a basic level. The dynamic is like a dominant father figure and his little girl/daughter |
| 2025/11/09 | 09:35:40 PM | Outgoing | nd thats wat ur in to? no judging lol jus wanna get 2 know u :) |
| 2025/11/09 | 09:35:58 PM | Outgoing | u can explain more here 2 :) i promise i wnt tell anyone |
| 2025/11/09 | 09:38:50 PM | Incoming | It's one of many things I'm into. And you're good. I'm just surprised you haven't heard of it before. What're you into? It's basically just a mutually nurturing but Dom+sub type of dynamic |
| 2025/11/09 | 09:39:14 PM | Incoming | It's hard to put all of it into words. It's just a dynamic that either naturally works or doesn't :p kinda gotta meet and vibe to find out |
| 2025/11/09 | 09:39:34 PM | Outgoing | oooh okay :) |
| 2025/11/09 | 09:39:37 PM | Outgoing | ty for explaining it |
| 2025/11/09 | 09:39:43 PM | Incoming | Ofc |
| 2025/11/09 | 09:40:24 PM | Outgoing | im pretty open 2 what i like bc of being new so ill prob rely on u alot 2 help |
| 2025/11/09 | 09:40:46 PM | Incoming | That's honestly a good thing, for both of us :) |
| 2025/11/09 | 09:42:18 PM | Outgoing | y is tht? |
| 2025/11/09 | 09:46:36 PM | Incoming | Because I'm someone you can rely on |
| 2025/11/09 | 09:50:06 PM | Outgoing | as long as u rnt gonna kidnap me and never let me go home then sounds good 2 me lol |
| 2025/11/09 | 09:50:13 PM | Outgoing | u rnt gonna do that right... |
| 2025/11/09 | 09:50:36 PM | Incoming | Maybe in an ethical, roundabout type of way 😂 😂 |
| 2025/11/09 | 09:54:58 PM | Incoming | But like I said, I can teach you anything. Meaning, I know lots of things 😌 |

7

| 2025/11/09 | 10:06:34 PM | Incoming | Suggest something more fun ;) |
|---|---|---|---|
| 2025/11/09 | 10:06:52 PM | Incoming | God, I wish I could just come scoop you. |
| 2025/11/09 | 10:07:12 PM | Outgoing | i wish too lol |
| 2025/11/09 | 10:07:45 PM | Incoming | How late is your dad up? And do you see him before school? |
| 2025/11/09 | 10:11:22 PM | Outgoing | he stays up pretty late... and no i usually dnt see him in the morning |
| 2025/11/09 | 10:11:33 PM | Outgoing | i ride with a friend to school and hes not usually awake lol |
| 2025/11/09 | 10:11:44 PM | Incoming | Oh.. so, then why not later tonight? |
| 2025/11/09 | 10:11:57 PM | Incoming | Bc that'd give us a lot longer, and we could both still get some sleep 😄 |
| 2025/11/09 | 10:12:04 PM | Outgoing | bc imma be asleep before he goes to sleep lmfao |
| 2025/11/09 | 10:12:14 PM | Incoming | Noooo |
| 2025/11/09 | 10:12:37 PM | Incoming | What could I do to convince you to stay up with me, and then we could get some sleep before I have to take you home and go to my appointment? |
| 2025/11/09 | 10:12:54 PM | Outgoing | itll be easier 2mrw lol |
| 2025/11/09 | 10:13:05 PM | Outgoing | i gotta shower anyways b4 i meet u |
| 2025/11/09 | 10:13:06 PM | Incoming | What time will you have to be home tho? |
| 2025/11/09 | 10:13:08 PM | Outgoing | cant be stinky |
| 2025/11/09 | 10:13:15 PM | Incoming | I have a shower sillly |
| 2025/11/09 | 10:13:40 PM | Incoming | And I wouldn't complain if you just mean a normal days sweat etc lol.... |
| 2025/11/09 | 10:13:56 PM | Outgoing | dad works late so like 6 lol |
| 2025/11/09 | 10:14:23 PM | Incoming | Oh shit okay. The only issue is my appointment at 2 ://: |
| 2025/11/09 | 10:20:59 PM | Incoming | But fr. Lemme see another pic of you that you aren't covering half your face?? |
| 2025/11/09 | 10:21:08 PM | Incoming | I'll send another too if you have any requests lol |
| 2025/11/09 | 10:23:29 PM | Outgoing | lol im in my room nd its dark so maybe 2mrw |
| 2025/11/09 | 10:23:47 PM | Incoming | Come onnn you have front flash lmao! |
| 2025/11/09 | 10:24:05 PM | Incoming | I sent such a raw ass pic, you can't even act like I'm asking something crazy 😄 😄 |
| 2025/11/09 | 10:24:20 PM | Incoming | I had just got off a 9 hours shift lmao |
| 2025/11/09 | 10:24:34 PM | Outgoing | lol ikik maybe ull jus have 2 wait 2 see in person |
| 2025/11/09 | 10:27:18 PM | Incoming | If I didn't stay on my best behavior, I'd be rich or in prison. Or both lmao |
| 2025/11/09 | 10:33:24 PM | Outgoing | :) |
| 2025/11/09 | 10:33:47 PM | Incoming | Anything you really want to try that you haven't? |
| 2025/11/09 | 10:34:02 PM | Outgoing | honestly |
| 2025/11/09 | 10:34:05 PM | Outgoing | anything lmfa |
| 2025/11/09 | 10:34:07 PM | Outgoing | lmfao |
| 2025/11/09 | 10:34:23 PM | Incoming | I don't believe that 😄 there are people into so fucked up shit |
| 2025/11/09 | 10:34:37 PM | Outgoing | u said ur a dom nd ur asking me what i want?? |

8

| 2025/11/09 | 10:34:58 PM | Incoming | Yes? Just because I'm in control doesn't mean I don't want to pleasure you? |
|---|---|---|---|
| 2025/11/09 | 10:35:20 PM | Outgoing | hmmmm |
| 2025/11/09 | 10:35:29 PM | Outgoing | what  do u think i would lik |
| 2025/11/09 | 10:35:40 PM | Incoming | A lot 😬 |
| 2025/11/09 | 10:35:50 PM | Outgoing | go on |
| 2025/11/09 | 10:36:11 PM | Incoming | But, the reason I ask, is because there are soooo many fetishes and kinks, so you gotta be open about what you like if it's not something common, or I may not know to try it ;) |
| 2025/11/09 | 10:36:25 PM | Incoming | But clearly you'll enjoy the way I use my tongue and lips on that little slit 👅 |
| 2025/11/09 | 10:36:36 PM | Outgoing | u think so??? |
| 2025/11/09 | 10:36:49 PM | Incoming | Of course? Don't you? |
| 2025/11/09 | 10:37:17 PM | Outgoing | i think so :))) |
| 2025/11/09 | 10:37:35 PM | Incoming | Good ;) |
| 2025/11/09 | 10:37:57 PM | Incoming | What kinda stuff interests you, that's not super common? |
| 2025/11/09 | 10:38:48 PM | Outgoing | well... i think i told u im super new to this stuff so i really dnt know much about it |
| 2025/11/09 | 10:39:01 PM | Outgoing | thts why ive ask u to tell me stuf |
| 2025/11/09 | 10:39:27 PM | Incoming | I understand angel, but have you not watched porn, or talked about stuff youd want to do to get some ideas? |
| 2025/11/09 | 10:46:44 PM | Outgoing | not rly... lmfao |
| 2025/11/09 | 10:47:01 PM | Incoming | Oh, that's fair. Are you horny a lot? |
| 2025/11/09 | 10:47:11 PM | Outgoing | eh i guess lol |
| 2025/11/09 | 10:47:20 PM | Outgoing | a couple times a day |
| 2025/11/09 | 10:47:22 PM | Incoming | Wym?? |
| 2025/11/09 | 10:47:30 PM | Incoming | Oh, well, that's often haha |
| 2025/11/09 | 10:47:45 PM | Outgoing | whats often |
| 2025/11/09 | 10:47:55 PM | Incoming | If I fucked you a couple times a day, I'd be a very happy man haha |
| 2025/11/09 | 10:48:13 PM | Incoming | I mean, fucking once a day is a solid goal lmo |
| 2025/11/09 | 10:48:14 PM | Outgoing | oh yeah? |
| 2025/11/09 | 10:48:29 PM | Incoming | For sure |
| 2025/11/09 | 10:48:48 PM | Outgoing | Im not on BC fyi |
| 2025/11/09 | 10:48:56 PM | Incoming | Obviously I haven't seen that little pussy yet 💔 but I guarantee it'll be very nice 🖐 |
| 2025/11/09 | 10:49:00 PM | Incoming | And oh alright, that's fine |
| 2025/11/09 | 10:49:06 PM | Incoming | I'm good about being very careful |
| 2025/11/09 | 10:50:06 PM | Outgoing | lol i cant get preggo lmfao |
| 2025/11/09 | 10:50:24 PM | Outgoing | lol i also dont have pics lik that sooooo |
| 2025/11/09 | 10:50:27 PM | Incoming | Of course not lol |
| 2025/11/09 | 10:50:37 PM | Incoming | You have a camera haha |
| 2025/11/09 | 10:51:03 PM | Outgoing | andddd??? |

| 2025/11/09 | 10:51:26 PM | Incoming | And I'd really like to see how nice and tight you are gonna be tomorrow morning 😊 |
|---|---|---|---|
| 2025/11/09 | 10:51:43 PM | Outgoing | how would u see tht |
| 2025/11/09 | 10:52:05 PM | Incoming | You'd show me, little one |
| 2025/11/09 | 10:52:20 PM | Outgoing | how lol |
| 2025/11/09 | 10:52:23 PM | Outgoing | u forget im dumb |
| 2025/11/09 | 10:52:44 PM | Incoming | I don't believe that haha. And by taking and sending me a pic silly girl |
| 2025/11/09 | 10:52:58 PM | Outgoing | ohhhh lmfao |
| 2025/11/09 | 10:53:07 PM | Outgoing | step by step 4 me lmfao |
| 2025/11/09 | 10:53:09 PM | Outgoing | but noooooo |
| 2025/11/09 | 10:53:58 PM | Outgoing | gotta keep that private :) if i get caught sending one of those id be toast lmfao |
| 2025/11/09 | 10:54:26 PM | Incoming | That's fair |
| 2025/11/09 | 10:54:36 PM | Outgoing | ty for not bring mad :) |
| 2025/11/09 | 10:54:38 PM | Incoming | What if I came and got you rn? Couldn't you slip out the window? |
| 2025/11/09 | 10:54:43 PM | Incoming | Ofc |
| 2025/11/09 | 10:55:12 PM | Outgoing | im upstairs so the only way out is the front door lmfao |
| 2025/11/09 | 10:55:17 PM | Incoming | Why not 🤷?|
| 2025/11/09 | 10:55:21 PM | Outgoing | nd i would have to walk past my dad in the living room |
| 2025/11/09 | 10:55:36 PM | Incoming | Hmmm. What time does he usually go to sleep? |
| 2025/11/09 | 10:55:46 PM | Incoming | And what if I helped you out of the second floor 😂😂? |
| 2025/11/09 | 10:55:55 PM | Incoming | You'd just have to be sooo quiet |
| 2025/11/09 | 10:56:02 PM | Outgoing | idk... i know its late but im always passed out b4 him |
| 2025/11/09 | 10:56:20 PM | Outgoing | its straight down lol |
| 2025/11/09 | 10:56:25 PM | Incoming | I feel you, I just figured with some motivation, you may be able to stick it out ;) |
| 2025/11/09 | 10:56:42 PM | Outgoing | 2mrw would be easier for me is tht ok? |
| 2025/11/09 | 10:57:03 PM | Incoming | And I get you. As long as you have half decent grip, you could hang down and slide onto my shoulders. And I'm down for tmrw, just worried I won't get up early enough to make it work since I'm a night owl |
| 2025/11/09 | 10:58:50 PM | Outgoing | looks like u gotta make a decision in tha morning then lol |
| 2025/11/09 | 10:59:02 PM | Incoming | Wdymmmm |
| 2025/11/09 | 10:59:13 PM | Outgoing | sleep or see me !!! lol |
| 2025/11/09 | 11:00:07 PM | Outgoing | but fr if u gotta sleep then no pressure :) |
| 2025/11/09 | 11:00:38 PM | Incoming | Nah it's not like that, it's just that I really want you as soon as possible ... |
| 2025/11/09 | 11:01:13 PM | Outgoing | i get tht i just dnt want to push u 2 do something u dnt wanna do |
| 2025/11/09 | 11:03:46 PM | Incoming | Wdym? |
| 2025/11/09 | 11:05:14 PM | Outgoing | bc i asked you to hold off until 2mrw |

| 2025/11/09 | 11:07:37 PM | Incoming | Oh I get you. Id just prefer to have as much time w/ you as possible 😁 |
| 2025/11/09 | 11:09:12 PM | Outgoing | lol well think about it tn bc im going to bed |
| 2025/11/09 | 11:09:25 PM | Outgoing | gn :) |
| 2025/11/09 | 11:09:30 PM | Outgoing | tlk 2 you in the morning :))) |
| 2025/11/09 | 11:09:45 PM | Incoming | Like making you cum for hours with my tongue on your pussy and ass, and my cock inside you, feeding you my cum, teaching you to deepthroat and eat ass |
| 2025/11/09 | 11:09:47 PM | Incoming | Etc |
| 2025/11/09 | 11:12:56 PM | Incoming | Sure you don't wanna come smoke and have a drink or two with me? |
| 2025/11/09 | 11:18:16 PM | Incoming | Hope you sleep well, precious girl |
| 2025/11/10 | 06:48:19 AM | Incoming | Hey 😊 |
| 2025/11/10 | 07:47:48 AM | Outgoing | Gm :))) |
| 2025/11/10 | 12:46:46 PM | Incoming | Hey! I passed out 😅 |
| 2025/11/10 | 12:46:50 PM | Incoming | What're you up to?? |
| 2025/11/10 | 12:51:36 PM | Outgoing | Hi sleepy :) |
| 2025/11/10 | 12:51:53 PM | Incoming | Sorry 😅 😅 wyd?? |
| 2025/11/10 | 12:55:38 PM | Outgoing | U were up early tis morning 2 lol |
| 2025/11/10 | 12:58:44 PM | Incoming | I know 😵 😵 I wish id seen your response before I had passed out. U at home? |
| 2025/11/10 | 01:07:18 PM | Outgoing | Yah wbu |
| 2025/11/10 | 01:32:41 PM | Incoming | Headed to my appointment then free ;) |
| 2025/11/10 | 01:32:50 PM | Incoming | Sorry for the slow response. Just parked |
| 2025/11/10 | 01:34:58 PM | Outgoing | Hmmmm how long will tht take |
| 2025/11/10 | 01:35:28 PM | Incoming | Shouldn't be too long. You ready? |
| 2025/11/10 | 01:35:35 PM | Incoming | Probably be done around 2:30-2:45 |
| 2025/11/10 | 01:41:13 PM | Outgoing | Ooo ok thts not too long |
| 2025/11/10 | 01:43:10 PM | Outgoing | U gonna scoop me or wats the plan |
| 2025/11/10 | 01:43:27 PM | Incoming | That's what I figured, if you're down |
| 2025/11/10 | 01:43:59 PM | Incoming | Now send me another selfie, Ms. "It's too dark" 😄 |
| 2025/11/10 | 01:48:25 PM | Outgoing | We gojng to ur place or lik a park or somethin |
| 2025/11/10 | 01:49:18 PM | Incoming | Which would you prefer? May just hit up the park if there's one nearby, since you gotta be home relatively soon? |
| 2025/11/10 | 01:50:10 PM | Outgoing | Yah thts fine w me |
| 2025/11/10 | 01:50:38 PM | Outgoing | U rnt gonna get me pregnant right |
| 2025/11/10 | 01:50:53 PM | Incoming | Sweet. What's your addy? And have a park in mind. And of course not lmao 😄 |
| 2025/11/10 | 01:51:43 PM | Outgoing | lol u cant come to the house bc of cameras, ill walk nd u can pick me up somewhere? |
| 2025/11/10 | 01:52:14 PM | Outgoing | how u gonna make sure u wont get me pregnant cant b 2 sure lol my dad would KILL me |
| 2025/11/10 | 01:52:51 PM | Incoming | Trust me, I promise I won't 😈 |

11

| 2025/11/10 | 01:54:08 PM | Outgoing | ok ok ok i trust u |
|---|---|---|---|
| 2025/11/10 | 01:54:29 PM | Incoming | Good 😊 |
| 2025/11/10 | 01:56:34 PM | Outgoing | imma go take a shower lmk when ur done with ur dr and well pick a meet up spot kk? |
| 2025/11/10 | 02:05:10 PM | Incoming | Alright 😊 |
| 2025/11/10 | 02:24:42 PM | Incoming | I'm pretty close by 😊 lmk |
| 2025/11/10 | 02:31:06 PM | Incoming | I'm like, super close by if you live near the Publix/Auto Museum. Lmk :) |
| 2025/11/10 | 02:33:00 PM | Outgoing | lol oh well u gotta give me a few i though i had more time :( |
| 2025/11/10 | 02:33:57 PM | Incoming | Oh alright, no worries |
| 2025/11/10 | 02:35:47 PM | Outgoing | 10 mins? :) |
| 2025/11/10 | 02:36:01 PM | Incoming | Where am I scooping you? |
| 2025/11/10 | 02:37:06 PM | Outgoing | lookin tht up while i get ready |
| 2025/11/10 | 02:37:15 PM | Incoming | Alr [all right] :) |
| 2025/11/10 | 02:43:25 PM | Outgoing | getting dressed now :) |
| 2025/11/10 | 02:43:39 PM | Incoming | Okay :) |
| 2025/11/10 | 02:43:59 PM | Outgoing | wya ? ill find a spot between us for u to grab me |
| 2025/11/10 | 02:44:09 PM | Incoming | Near Publix |
| 2025/11/10 | 02:48:59 PM | Outgoing | im ready!! |
| 2025/11/10 | 02:49:11 PM | Incoming | Great :) way [where you at] cutie? |
| 2025/11/10 | 02:49:37 PM | Outgoing | walkin to the [predetermined meeting location] |
| 2025/11/10 | 02:49:42 PM | Outgoing | u scoop me from here |
| 2025/11/10 | 02:50:30 PM | Incoming | Yeah that's cool, or I can scoop you otw [on the way] there? |
| 2025/11/10 | 02:53:24 PM | Outgoing | here :))) i went inside bc its cold af outside lol lmk when ur here nd ill come out |
| 2025/11/10 | 02:53:45 PM | Outgoing | also wat r u driving lol |
| 2025/11/10 | 02:53:45 PM | Incoming | Sent a pic? |
| 2025/11/10 | 02:53:49 PM | Incoming | I'll head that way |
| 2025/11/10 | 02:54:41 PM | Outgoing | u want a drink or smthn? |
| 2025/11/10 | 02:54:55 PM | Incoming | Nah ty tho :) |
| 2025/11/10 | 02:55:30 PM | Outgoing | kk :) how far |
| 2025/11/10 | 02:55:51 PM | Incoming | Not very. Send me a pic of u there?? |
| 2025/11/10 | 02:56:51 PM | Outgoing | ok 1 sec |
| 2025/11/10 | 02:56:58 PM | Incoming | Alr |

On November 10, 2025, at approximately 2:56 PM, Smith was spotted circling the predetermined location in his car. Officers conducted a traffic stop at the entrance of a nearby grocery store where Smith was arrested. Following Smith's arrest, he was transported to TPD for an interview.

There, investigators advised Smith of his *Miranda* rights which he waived. During his interview, among other things, Smith:

- admitted to using the social media platform through which he originally communicated with the UC,

- confirmed that his phone number was 850-408-2170,

- confirmed that he was communicating with "Bri,"

- claimed that he had been drinking the night that he started chatting with UC,

- confirmed that the UC told him that she was 15 years old,

- admitted that the photograph he sent to the UC was a photograph of his own erect penis, and

- confirmed that he had mentioned he would get into trouble because of the UC's age.

## ELEMENTS OF THE OFFENSE

i.  **Attempted Enticement of a Minor - 18 U.S.C. § 2422(b) (Count 1)**

Elements to be proven beyond a reasonable doubt:

(1) the Defendant knowingly intended to persuade, induce, entice, or coerce an individual to engage in sexual activity;
(2) the Defendant used the Internet, a cellular telephone, or another facility of interstate or foreign commerce to do so;
(3) at the time, the Defendant believed that the individual with whom he was communicating was less than 18 years old;

13

(4) if the sexual activity had occurred, one or more of the individual(s) engaging in sexual activity could have been charged with a criminal offense under the law of Florida; and

(5) the Defendant took a substantial step towards committing the offense.

11th Circuit Pattern Jury Instructions § O92.3.

## ii.    Transfer of Obscene Material to Minors - 18 U.S.C. § 1470 (Count 2)

Elements to be proven beyond a reasonable doubt:

(1) the defendant transferred, or attempted to transfer, obscene matter to another individual who had not attained the age of 16 years;

(2) the defendant knew the individual had not attained the age of 16;

(3) the defendant used the mail or any facility or means of interstate or foreign commerce; and

(4) the defendant did so knowingly.

4th Circuit Pattern Jury Instructions § O92.2 (*No 11th Circuit Pattern Jury Instruction*).

JOHN P. HEEKIN
United States Attorney

_____
R. Timothy Jansen, Esq.
Attorney for Defendant

_____5/13/26_____
Date

_____
Chandler Brittain Smith
Defendant

_____5/13/26_____
Date

_____
Justin M. Keen
Florida Bar No. 021034
Assistant United States Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
Justin.Keen@usdoj.gov

_____5/13/2026_____
Date

14